IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MARCUS PILKINGTON,** §<br>*Plaintiff,* §<br>§<br>**v.** §<br>§<br>**CITY OF WACO, TEXAS, et al.,** §<br>*Defendant.* §<br>§ | **CASE NO. 1:18-CV-1039-ADA-JCM** |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey Manske (ECF No. 33) regarding Plaintiff's Complaint (ECF No. 1). The report recommends that the Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**. The Report further recommends that any pending motions be **DENIED.** The report and recommendation was filed on September 17, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Jeffrey Manske (ECF No. 33) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that any pending motions are **DISMISSED.**

**SIGNED** this 7th day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE